NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER RIVERA,<br>       Plaintiff,<br><br>  v.<br><br>63 ELM STREET REALTY, LLC, et al.,<br>       Defendants. | Civil Action No. 11-0841<br><br>(SDW) (SCM)<br><br>**ORDER**<br><br><br>June 4, 2015 |

**WIGENTON**, District Judge.

  Before this Court is the Report and Recommendation filed on April 16, 2015 ("R&R") by Magistrate Judge Steven C. Mannion ("Magistrate Judge Mannion"), recommending that Defendant's, 63 Elm Street Realty, LLC and Michael Karimi ("Defendants"), motion to dismiss ("Motion to Dismiss")[1] be **GRANTED** to the extent that the matter is **DISMISSED WITHOUT PREJUDICE**. (Dkt. No. 45.)  No objections have been filed to the R&R.

  This Court has reviewed the reasons set forth by Magistrate Judge Mannion in the R&R and the other documents in this matter.

  Based on the foregoing, and for good cause shown, it is also hereby

  **ORDERED** that the R&R of Magistrate Judge Mannion (Dkt. No. 45) is **ADOPTED** as the conclusions of law of this Court.

---

[1] The Motion to Dismiss requested that the matter be dismissed with prejudice.

1

**SO ORDERED**.

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig:   Clerk
cc:     Parties
        Magistrate Judge Mannion